IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DORSEY W. SUTTON,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-0001
LT Case No. 2012-CF-003751

Decision filed June 21, 2022

3.800 Appeal from the Circuit Court
for Marion County,
Steven G. Rogers, Judge.

Dorsey W. Sutton, Lake City, pro se.

No Appearance for Appellee.

PER CURIAM.

     AFFIRMED.

EISNAUGLE, TRAVER and NARDELLA, JJ., concur.